cuit denied. *Mr. A. H. King, Mr. George C. Bedell* and *Mr. Roswell King* for petitioner. *Mr. Peter O. Knight, Mr. C. Fred Thompson* and *Mr. A. G. Turner* for respondent.

No. 1062. MORSE DRY DOCK & REPAIR COMPANY *v.* JOHN DANIELSON, AN INFANT, ETC.;

No. 1063. MORSE DRY DOCK & REPAIR COMPANY *v.* EILEN S. WARREN, ADMINISTRATRIX, ETC.; and

No. 1064. MORSE DRY DOCK & REPAIR COMPANY *v.* WILLIAM J. CONNELLY. June 4, 1923. Petitions for writs of certiorari to the Supreme Court of the State of New York denied. *Mr. Charles J. McDermott* for petitioner. *Mr. Harold R. Medina* for respondents.

No. 1065. BENJAMIN F. ZUCKER *v.* UNITED STATES. June 4, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Samuel S. Koenig* and *Mr. Elijah N. Zoline* for petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

No. 1071. EDWARD FOX ET AL. *v.* UNITED STATES. June 4, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles B. Stafford* for petitioners. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

No. 1075. RUDOLPH SCHLIEFER *v.* UNITED STATES. June 4, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Frank A. Harrigan* for petitioner. No brief filed for the United States.